11/16/15
58,825-02,03

Derrick Culberson
2661 fm 2054
Tennessee Colony, Tx 75884

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 20 2015

Abel Acosta, Clerk

Texas Court of Criminal Appeals
P.O. Box 12308
Austin, Tx 78711

WRit NO

RE: F98-30800 And F98-30801

Dear Clerk,

I am writing in Reference to the cause no. above. On April 3, 2007 I filed a writ of habeas corpus in the 283rd district Court Dallas County, Tx. I amended to petition by way of motion to amend to petitioners petition, grounds (D) and (E) or (D), (E) and (F).

I am trying to perchase a copy of those amended grounds and that motion in the cause numbered above.

Respectfully,

Derrick Culberson